IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02480–MSK–KMT

TONY COOPER,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Dept. of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER**

---

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **April 30, 2010**, the Clerk of the Arapahoe County District Court shall provide to this court the original written record, including transcripts, of Arapahoe County District Court criminal case no. 02CR1040, *People v. Tony Cooper*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Arapahoe County District Court by facsimile to **(303) 792-2401** and by regular mail to Clerk of the Arapahoe County District Court, 7325 S. Potomac St., Centennial, CO 80112.

Dated this 12th day of April, 2010.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge