F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 08-cv-02480 MSK

TONY COOPER,

    Applicant,

vs.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 3rd day of March, 2011.

BY THE COURT:

*[signature]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02480 MSK

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Tony Cooper
# 97581
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Clemmie Parker Eagle - Colorado Attorney General's Office - Criminal Enforcement
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/3/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk